AO 450 (Rev 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JUDGMENT IN A CIVIL CASE

SHANTA RIVERS,
    Plaintiffs,

VS.                                                       CASE NUMBER: 8:07CV-184-T-24TBM

DEPUTY CHRISTOPHER TUMINELLA,
DEPUTY ANDREA EAGON and DEPUTY
MATTHEW LUCKEY,
    Defendants.

_____/

☒ **Jury Verdict.** This action came before the court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Plaintiff, Shanta Rivers, takes nothing and that judgment is entered in favor of the Defendants, Deputy Andrea Eagon, Deputy Matthew Luckey and Deputy Christopher Tuminella, finding that the Defendants did not intentionally commit acts that violated the Plaintiff's constitutional right to be subjected to an unreasonable search of his automobile and to be arrested without probable cause.

SHERYL L. LOESCH, CLERK

August 7th, 2008

by: _____
Anaida Vizza
Courtroom Deputy
to the Honorable Susan C. Bucklew